IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-30634
Summary Calendar
_____

IVORY WILLIAMS,

Petitioner-Appellant,

versus

BURL CAIN, Warden, Louisiana State Penitentiary,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 99-CV-795
_____
November 30, 2000

Before POLITZ, HIGGINBOTHAM, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Ivory Williams, Jr. appeals the rejection of his 28 U.S.C. § 2254 petition in

which he challenges his conviction on guilty plea of aggravated kidnapping. The

district court granted a certificate of appealability.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our review of the trial court's denial of habeas relief is *de novo* as relates to legal issues and for clear error as relates to factual determinations.[1]

Williams contends that he pleaded guilty to a constitutionally defective indictment and that his counsel rendered ineffective assistance in connection with the entry of his guilty plea thereon. Our review of the record persuades that these contentions are without merit and are therefore rejected.

The judgment appealed is AFFIRMED.

---

[1] Venegas v. Henman, 126 F.3d 760 (5th Cir. 1997).